UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| VS. | : | |
| | : | 13cr248 |
| SAVEJONG, | : | |
| Defendant. | : | **ORDER OF REASSIGNMENT** |
| | : | |
| | : | |

It is on this 9th day of October, 2013 on the court's own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE NOEL L. HILLMAN to CHIEF JUDGE JEROME B. SIMANDLE.

s/ Jerome B. Simandle
**JEROME B. SIMANDLE, CHIEF JUDGE**